IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CIVIL ACTION NO. 1:02-CV-00319

| | |
|---|---|
| CREE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXEL NORTH AMERICAN LOGISTICS, INC., f/k/a MSAS NORTH AMERICAN LOGISTICS; EXEL NORTH AMERICAN ROAD TRANSPORT, INC., f/k/a ROAD KING EXPRESS; EXEL GLOBAL LOGISTICS, INC., f/k/a MSAS GLOBAL LOGISTICS, INC., | ) **ORDER FOR RELEASE OF** <br> **DOCUMENTS FILED UNDER SEAL** |
| | ) |
| Defendants/Third-Party Plaintiffs | ) |
| | ) |
| and CRST INTERNATIONAL, INC., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| SEMICONDUCTOR ENGINEERING GROUP, INC., | ) |
| | ) |
| Third-Party Defendant. | ) |

Pursuant to Local Rule 83.5, of the United States District Court for the Middle District of North Carolina and within the discretion of the Court, the Motion of the Defendant, CRST International, Inc. ("CRST"), to release certain documents filed by CRST under seal in this matter is GRANTED.

This the 25th day of July 2006.

　　　　　　　　　　　　　　　　　　　　_/s/ William L. Osteen_
　　　　　　　　　　　　　　　　　　　　United States District Court Judge