IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION No. 1:02-CV-00319

| | |
|---|---|
| CREE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXEL NORTH AMERICAN LOGISTICS, INC., f/k/a MSAS NORTH AMERICAN LOGISTICS; EXEL NORTH AMERICAN ROAD TRANSPORT, INC. f/k/a ROAD KING EXPRESS; EXEL GLOBAL LOGISTICS, INC. f/k/a MSAS GLOBAL LOGISTICS, INC., <br><br> Defendants and Third-Party Plaintiffs, <br><br> and CRST INTERNATIONAL, INC., <br><br> Defendants, <br><br> v. <br><br> SEMICONDUCTOR ENGINEERING GROUP, INC., <br><br> Third-Party Defendant. | **ORDER FOR RELEASE OF DOCUMENTS FILED UNDER SEAL** |

Pursuant to Local Rule 83.5 of the United States District Court for the Middle District of North Carolina and within the discretion of the Court, the motion of Third-Party Defendant, Semiconductor Engineering Group, Inc. to release certain documents filed by Semiconductor under seal in this matter is GRANTED.

This 25th day of July 2006.

_____
United States District Judge